ARMED SERVICES BOARD OF CONTRACT APPEALS

| Appeals of - | ) | |
|---|---|---|
| | ) | |
| MAC Electric Inc. | ) | ASBCA Nos. 62558, 62559, 62792 |
| | ) | |
| Under Contract No. W9124R-11-D-0214 | ) | |

APPEARANCE FOR THE APPELLANT:     Gunjan R. Talati, Esq.
                                                      Kilpatrick Townsend & Stockton LLP
                                                      Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Scott N. Flesch, Esq.
                                                      Army Chief Trial Attorney
                                                      1LT Bryan R. Williamson, JA
                                                      MAJ Aaron McCartney, JA
                                                      Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  June 23, 2022

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62558, 62559, 62792, Appeals of MAC Electric Inc., rendered in conformance with the Board's Charter.

Dated:  June 23, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals